944

No. 136. SWANN ET AL. v. ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL. Appeal from D. C. S. D. Fla. (Probable jurisdiction noted, *ante*, p. 808.) Motion of John A. Davis et al. for leave to participate in oral argument, as *amici curiae*, denied. *David Popper, Stewart D. Allen* and *John M. Dyer* on the motion.

No. 555. RAINWATER ET AL. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 648. CLEWIS v. TEXAS. Ct. Crim. App. Tex. (Certiorari granted, *ante*, p. 814.) Motion for the appointment of counsel granted, and it is ordered that *Reagan H. Legg, Esquire*, of Midland, Texas, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 828, Misc. WOOTEN v. HENDERSON, WARDEN;

No. 839, Misc. HARDISON v. DUNBAR, CORRECTIONS DIRECTOR; and

No. 853, Misc. POPE v. PARKER, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 832, Misc. GRETSINGER v. WILSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as petition for writ of certiorari, certiorari denied.

No. 750, Misc. HITE v. HOLMAN, WARDEN, ET AL.;

No. 801, Misc. BIGGS v. CAMPBELL, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.;

No. 825, Misc. HOLLINGSHEAD v. SUPREME COURT OF FLORIDA; and

No. 826, Misc. LAWRENCE v. TEXAS. Motions for leave to file petitions for writs of mandamus denied.